No. 172. WILLIAM LEATHER ET AL. *v.* MARK J. WHITE. Appeal from the Circuit Court of Appeals for the Seventh Circuit.   Argued December 10, 1923.   Decided December 10, 1923.   Decree reversed with costs; and cause remanded to the District Court of the United States for the Northern District of Illinois for further proceedings.   *Mr. Oliver J. Cook*, with whom *Mr. George W. Wilbur* was on

the brief, for appellants. *Mr. Assistant Attorney General Ottinger,* with whom *Mr. Solicitor General Beck* was on the brief, for appellee. [See *post,* 687.]